## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| JOHN MATHINE, individually and on behalf of a class of all persons and entities similarly situated,<br><br>   Plaintiff<br><br>vs.<br><br>MEDGUARD ALERT, INC.<br><br>   Defendant. | Case No. 24-1940 |

**FRCP 7.1 DISCLOSURE STATEMENT**

  Pursuant to FED. R. CIV. P. 7.1 and Local Rule 5(b) of the United States District Court for the District of Connecticut, the Plaintiff, is filing this Disclosure Statement. The Plaintiff, John Mathine, is an individual, and therefore not a corporation. Moreover, as this is a federal question case, Rule 7.1(a)(2) is inapplicable.

               Plaintiff,
               By Counsel,

Dated: December 9, 2024

               */s/ Andrew Roman Perrong*
               Andrew Roman Perrong, Esq.
               D. Ct. Bar # CT31815
               Perrong Law LLC
               2657 Mount Carmel Avenue
               Glenside, Pennsylvania 19038
               Phone: 215-225-5529 (CALL-LAW)
               Facsimile: 888-329-0305
               a@perronglaw.com

               *Attorney for Plaintiff and Proposed Class*

## CERTIFICATE OF SERVICE

I certify that I filed the foregoing via ECF on the below date.

Dated: December 9, 2024

                                            */s/ Andrew Roman Perrong*
                                            Andrew Roman Perrong, Esq.
                                            Perrong Law LLC
                                            2657 Mount Carmel Avenue
                                            Glenside, Pennsylvania 19038
                                            Phone: 215-225-5529 (CALL-LAW)
                                            Facsimile: 888-329-0305
                                            a@perronglaw.com