UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

JOHN MATHINE, individually and on behalf of : 
a class of all persons and entities similarly :
situated :
        Plaintiff :
: CIVIL ACTION NO.
v. : 3:24 CV 01940 (VAB)
:
MEDGUARD ALERT, INC. : JANUARY 7, 2025
:
        Defendant :
:

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## **APPEARANCE**

TO:   CLERK, U.S. DISTRICT COURT:

Please enter the Appearance of Keith R. Rudzik of the law firm of Howard, Kohn, Sprague & FitzGerald, LLP, as attorney for the defendant, Medguard Alert, Inc., in the above-entitled action.

                            DEFENDANT,

                            By   /s/
                              Keith R. Rudzik, Esq.
                              Federal Bar No. ct 24007
                              Howard, Kohn, Sprague & FitzGerald
                              237 Buckingham Street
                              Hartford, CT 06106
                              (860) 525-3101 (Telephone)
                              (860) 247-4201 (Fax)
                              krr@hksflaw.com (Email)

## **CERTIFICATION**

       This is to certify that on January 7, 2025, a copy of the foregoing was filed electronically and served by mail to anyone unable to accept the electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

                                                                         _____/s/_____
                                                                             Keith R. Rudzik