IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| JOHN MATHINE, individually and on behalf of a class of all persons and entities similarly situated, | x : : : : CASE NO. 3:24-cv-1940 (VAB) |
| Plaintiff, | : : Hon. Victor A. Bolden : |
| v. | : : : |
| MEDGUARD ALERT, INC. | : : |
| Defendants. | : JANUARY 7, 2025 : : : : : x |

**Rule 7.1 Disclosure**

The Defendant, Medguard Alert, Inc., for its required disclosures pursuant to Federal Rule of Civil Procedure 7.1, states that it is a Connecticut corporation and that no publicly held corporation owns ten percent or more of Medguard Alert, Inc. stock or membership interests.

Pursuant to Rule 7.1.(b)(2), the Defendant will promptly file a supplemental disclosure statement if any required information changes.

Dated: January 7, 2025

Respectfully Submitted,

_____ct24007_____
Keith Rudzik (fed. bar no. ct24007)
Howard Kohn Sprague & Fitzgerald
PO Box 261798
Hartford, CT 06126
krr@hksflaw.com

Joseph Lipari (*pro hac* application anticipated)
Sultzer & Lipari, PLLC
85 Civic Center Plaza, Suite 200
Poughkeepsie, NY 12601
liparij@thesultzerlawgroup.com

Attorneys for Defendant

## **CERTIFICATION**

  This is to certify that on January 7, 2025, a copy of the foregoing was filed electronically and served by mail to anyone unable to accept the electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

_____/s/_____

Keith R. Rudzik