IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

|  |  |
|---|---|
| JOHN MATHINE, individually and on behalf of a class of all persons and entities similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>MEDGUARD ALERT, INC.<br><br>Defendants. | Case No. 3:24-cv-1940 (VAB)<br><br>Hon. Victor A. Bolden<br><br>JANUARY 7, 2025 |

## MOTION TO DISMISS PLAINTIFF'S COMPLAINT

Pursuant to Federal Rules of Civil Procedure Rules 12(b)(6) and 12(b)(1), the Defendant, Medguard Alert, Inc., respectfully moves to dismiss the Plaintiff's Complaint for the reasons that: (1) the Plaintiff fails to state a claim for relief in his sole count against the Defendant because he fails to plead facts supporting Defendant's use of a "prerecorded voice" in support of the Telephone Consumer Protection Act ("TCPA") claim; and (2) Plaintiff lacks Article III standing to pursue injunctive relief prohibiting Defendant from (a) calling telephone numbers on the National Do-Not-Call Registry, and (b) using artificial or pre-recorded voices to contact cell phones; and, therefore, the prayers for relief should be dismissed.

A memorandum of law in support of this Motion to Dismiss is appended hereto.

1

Dated: January 7, 2025

                                       Respectfully Submitted,

                                        _____ct24007 /s/_____
                                        Keith Rudzik
                                        Howard Kohn Sprague & Fitzgerald
                                        PO Box 261798
                                        Hartford, CT 06126
                                        krr@hksflaw.com

                                        Joseph Lipari (*pro hac* application anticipated)
                                        Sultzer & Lipari, PLLC
                                        85 Civic Center Plaza, Suite 200
                                        Poughkeepsie, NY 12601
                                        liparij@thesultzerlawgroup.com

                                        Attorneys for Defendant

## **CERTIFICATION**

      This is to certify that on January 7, 2025, a copy of the foregoing was filed electronically and served by mail to anyone unable to accept the electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

                                        _____/s/_____
                                              Keith R. Rudzik