## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF CONNECTICUT

JOHN MATHINE, individually and on behalf
of a class of all persons and entities similarly
situated,

        Plaintiff

vs.

MEDGUARD ALERT, INC.

        Defendant.

Case No. 24-1940

## NOTICE OF SETTLEMENT

Plaintiff, JOHN MATHINE ("Mathine"), hereby notifies the Court that he has reached a settlement of all claims in these proceedings. Mathine respectfully requests that the Court adjourn all applicable case deadlines, pending the parties' execution and compliance with the settlement agreement.  Within sixty (60) days, the parties will file a stipulation of dismissal.

Respectfully submitted,

*/s/ Andrew R. Perrong*
Andrew R. Perrong, Esquire
Perrong Law, LLC
2657 Mount Carmel Ave
Glenside, PA 19038
(215) 225-5529
a@perronglaw.com

*Attorney for Plaintiff*
*John Mathine*

Dated: January 21, 2025